UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLA FLORES ARAUJO,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | CASE NO. 2:26-cv-01008-LK<br><br>ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |

This matter comes before the Court sua sponte. Petitioner Marla Flores Araujo filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 1, 2. Because Flores Araujo is unrepresented and filing and receiving materials by mail, the Court ORDERS as follows to allow her sufficient time to file her reply and receive notice:

1. The reply deadline of April 13, 2026 is extended to April 27, 2026. The Government's response shall be renoted April 27, 2026. However, if a reply is filed earlier than April 27, 2026, the Court will consider the habeas petition ripe for review at that time.

2. The government shall provide Flores Araujo at least 7 days (168 hours) notice prior to any action to move or transfer her from the Western District of Washington or to remove her from the United States.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

The Clerk shall mail a copy of this Order to Flores Araujo.

Dated this 9th day of April, 2026.

Lauren King
United States District Judge

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2