UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLA FLORES ARAUJO,

                    Petitioner,

         v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

CASE NO. 2:26-cv-01008-LK

SECOND ORDER TO SHOW CAUSE

This matter comes before the Court on its own review of the record. Petitioner Marla Flores Araujo seeks a writ of habeas corpus ordering her release from the Northwest ICE Processing Center ("NWIPC") or a bond hearing. Dkt. No. 1 at 2. However, Flores Araujo's current custodian, the warden of the NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); s*ee Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). For this matter to proceed, Flores Araujo must name her current custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

The Court previously ordered Flores Araujo to explain "why her current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as a respondent." Dkt. No. 10 at 2. Flores Araujo

SECOND ORDER TO SHOW CAUSE - 1

mailed back the Court's order with Bruce Scott's name added in the Respondent section of the caption. Dkt. No. 11 at 1. That document was not an amended petition, nor was it signed by Flores Araujo. *See generally id.*

Accordingly, the Court again ORDERS Flores Araujo to SHOW CAUSE why her petition should not be dismissed for lack of jurisdiction.

(1)    Flores Araujo may show cause by either (1) filing a document explaining why the Court has jurisdiction over her **original** petition or (2) filing an **amended** petition no later than June 14, 2026 that adds the warden as a respondent. An amended petition is a new version of the original habeas corpus petition (Dkt. No. 1) filed in this case. That amended petition must include the warden as a respondent and must be signed by Flores Araujo.

(2)    If Flores Araujo files an amended habeas petition, Respondents may file a return to the amended petition within 14 days thereafter. Respondents may also choose to rely on their original return by notifying the Court within that time.

(3)    If Flores Araujo files an amended petition and Respondents file an amended return, she may file a reply no later than 14 days after Respondents file their amended return. She may also choose to rely on her original reply by notifying the Court within that time.

(4)    The Clerk is directed to send a copy of the 2241 Immigration Petition for Writ of Habeas Corpus with instruction sheet to Flores Araujo with this order.

If no response or amended petition naming the warden as a respondent is received by June 14, 2026, the Court will dismiss the petition without prejudice.

Dated this 1st day of June, 2026.

Lauren King
United States District Judge

SECOND ORDER TO SHOW CAUSE - 2